■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAMANT BALKARAN, Appellant. [719 NYS2d 873] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Katz, J.), rendered February 8, 1999, convicting him of assault in the second degree, reckless endangerment in the first degree, and leaving the scene of an incident without reporting, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that prosecutorial misconduct occurred during the closing statement is unpreserved for appellate review (*see,* CPL 470.05 [2]). In any event, the challenged comments constituted either a fair response to his counsel's summation or fair comment on the evidence (*see, People v Galloway,* 54 NY2d 396).

The defendant was not deprived of the effective assistance of counsel (*see, People v Baldi,* 54 NY2d 137; *People v Israel,* 148 AD2d 637, 638, *affd* 75 NY2d 972).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, without merit. Santucci, J. P., S. Miller, Friedmann and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEAN M. BELOT, Appellant. [719 NYS2d 890] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 5, 1999 (*People v Belot,* 260 AD2d 388), affirming a judgment of the County Court, Dutchess County, rendered July 9, 1996.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, Acting P. J., Ritter, Krausman and Goldstein, JJ., concur.